WEBBER v. ITHACA INDUSTRIES

No. 497P89

Case below: 95 N.C.App. 783

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.